DIANE M. MANN  
29834 N. CAVE CREEK RD., # 118-274  
CAVE CREEK, AZ 85331  
(480) 451-3053  

UST-32, 3-03

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| RUSSELL, TAMARA S. | ) | CASE NO. 09-31537-PHX-CGC |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

DIANE M. MANN, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 104 | 12/16/10 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $74.33 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $74.33 to the Clerk of Court to be deposited in the Registry thereof.

March 24, 2011     /s/  
DATE              DIANE M. MANN, Trustee